**EXHIBIT A**



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | CMRE FINANCIAL SERVICES, INC. | **File Number** | 67050681 |
| **Status** | NOT GOOD STANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 03/29/2010 | **State** | CALIFORNIA |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 03/29/2010 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **President Name & Address** | SANDY LAWRENCE 3075 E IMPERIAL HGWY #200 BREN CA 92821 |
| **Agent City** | CHICAGO | **Secretary Name & Address** | ANDREA PARR SAME |
| **Agent Zip** | 60604 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2016 |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

Print this Listing

3/24/2016    Illinois Division of Professional Regulation    11:41:32 AM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: CMRE**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| CMRE FINANCIAL SERVICES INC | | 017021388 | ACTIVE | Brea, CA | 07/16/2010 | 05/31/2018 | N |

**Page 1**

**EXHIBIT C**

CMRE FINANCIAL SERVICES INC.
3075 E. Imperial Hwy., #200
Brea, CA 92821-6753

PHONE: (800) 783-9118     FAX: (714) 528-5863
HOURS: 8:00 AM - 5:30 PM Pacific Standard Time



☐ VISA  ☐  ☐  ☐  ☐
Single Payment Amount $ _____
First Name _____ Last Name _____
Card # _____ - _____ - _____ - _____
Card ID (CVV2/CID) _____ Exp Date _____

| Principal | Total |
|---|---|
| $924.75 | $924.75 |

CMRE Account #: [redacted]     PIN# [redacted]
For: WEISS MEMORIAL HOSPITAL

ANGEL N CUNNINGHAM

CMRE FINANCIAL SERVICES INC.
3075 E. Imperial Hwy., #200
Brea, CA 92821-6753

---

Patient: Angel N Cunningham
Account #: [redacted]
Statement Date: 06/09/15

Detach and Return Top Portion With Your Payment

This has been sent to you by a collection agency.

Our client has made several attempts to collect this unpaid balance; now this account has been assigned to us for debt collection. Should you have any questions regarding this debt or you would like to set up a monthly payment plan; please contact our office at 800-783-9118, Monday - Friday between the hours of 8:00am to 5:30pm PST.

We accept payment using: Visa, MasterCard, Discover Card, American Express, Western Union-Quick Collect, or you can mail a personal check, bank check or money order by including the payment voucher at the top of this statement.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: Obtain verification of the debt or obtain a copy of judgment and mail you such copy of verification or judgment. If the original creditor is different from the current creditor, our office will provide you with the name and address of the original creditor upon receipt of written request.

You are hereby notified that a negative credit report may be submitted to Trans Union and Experian and may remain on your credit history for up to 7 years. We will not submit any negative credit reporting about this credit obligation until the expiration of the time period described above.

State and Federal laws require all debt collectors to treat you fairly and prohibit collectors from using profane language or making improper communications with third parties, including your employer. You can contact a nonprofit counseling service in your area, or go the government website www.consumer.ftc.gov for assistance.

Sending an eligible check for payment to us is deemed sufficient authorization to complete the payment by electronic debit. By doing so, your checking account will be debited for the amount of the check and your canceled check will not be returned to your bank. Please contact us at 800-783-9118.

CMRE Financial Services, Inc

Please see reverse side for important information regarding your rights.

**Pay by Phone:**
Please call (800) 783-9118 option 7. We offer check or credit card by phone or Western Union Quick Collect.
CMRE Account #:0033537722
PIN 7722

**Pay Online:**
www.cmrefsi.com
24/7 using your CMRE Account Number 0033537722.
You may also pay your bill using your custom URL
http://ancunningham3aaah.revexpress.com using code: angel659

**Pay by Mail:**
Send payments to
CMRE FINANCIAL SERVICES INC.
3075 E. Imperial Hwy., #200
Brea, CA 92821-6753

Federal law requires us to inform you that this is an attempt to collect a debt and any information obtained will be used for that purpose.

1 of 1

PAP-1499-B-0
113600-H01-1642

**California Residents:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in your area. State and federal law require debt collectors to treat you fairly, and prohibit debt collectors from using profane language or making improper communications with third parties, including your employer.

The Rosenthal Act, California Civil Code Section 1788.21, also requires that you notify your creditor within a reasonable amount of time of your change of name, address, or employment for and existing consumer credit.

**Colorado Residents:**
Colorado Location:
13111 E Briarwood Ave, #340 Centennial, CO 80112
(303) 309-3839
For information about the Colorado Fair Debt Collection Practices Act, see WWW.COLORADOATTORNEYGENERAL.GOV/CA. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Massachusetts Residents:**
Notice of important rights:
You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**Minnesota Residents:**
This collection agency is licensed by the Minnesota Department of Commerce.

**Nevada Residents:**
When collecting a debt on behalf of a hospital, within 5 days after the initial communication with the debtor in connection with the collection of the debt, a collection agency shall, unless the following information is included in the initial communication, send a written notice to the debtor that includes a statement indicating that:
(a)If the debtor pays or agrees to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as:
(1)An acknowledgment of the debt by the debtor; and
(2)A waiver by the debtor of any applicable statute of limitations set forth in NRS 11.190 that otherwise precludes the collection of the debt; and
(b)If the debtor does not understand or has questions concerning his or her legal rights or obligations relating to the debt, the debtor should seek legal advice.

**New York City Residents:**
New York Department of Consumer Affairs License Number: 3495596

**North Carolina Residents:**
North Carolina Permit Number: 103839

**Tennessee Residents:**
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Wisconsin Residents:**
This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

# EXHIBIT D


Names Reported: ANGEL L. CUNNINGHAM and ANGEL E. CUNNINGHAM



**CMRE FINANCIAL #**
3075 E IMPERIAL HWY STE 200
BREA, CA 92821
(877) 572-7555

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Placed for collection: | 06/03/2015 | Balance: | $925 | | | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 11/14/2015 | | | | |
| Account Type: | Open Account | Original Amount: | $924 | | | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-MEDICAL PAYMENT DATA (Medical/Health Care) | | | | |
| | | Past Due: | >$925< | | | | |

Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 10/2020